UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-62206-WPD

AYATOLLAH HYLTON,

    Plaintiff,

v.

CHIVONE JANEE HYLTON, et al.,

    Defendants.

_____/

## OMNIBUS ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Omnibus Report and Recommendation on Pending Motions (the "Report") [DE 96], issued by Magistrate Judge Augustin-Birch on January 5, 2026. [DE 96]. The Court notes that no objections to the Report [DE 96] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 96] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 96] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 96] is hereby **ADOPTED** and **APPROVED**;

2. Defendant Freedom Mortgage Corporation's Motion to Dismiss [DE 60] is **GRANTED** and the remaining Motions to Dismiss [DE 80; DE 82; DE 83; DE 90; DE 94] are **DENIED AS MOOT**.

3. The Amended Complaint [DE 21-1] is **DISMISSED WITHOUT PREJUDICE WITH LEAVE TO AMEND.**[1]

4. Plaintiff's Motion for Default Final Judgment against Defendant Freedom Mortgage Corporation [DE 62] is **DENIED**.

5. Defendant Freedom Mortgage Corporation's Motion to Set Aside Clerk's Entry of Default and for Sanctions Against Plaintiff [DE 59] is **GRANTED IN PART AND DENIED IN PART**. The Clerk's entry of default against Defendant Freedom Mortgage Corporation [DE 55] is **SET ASIDE**.

6. Plaintiff's Motion to Strike [DE 66] is **DENIED**.

7. Plaintiff's Motion for Default Final Judgment against Defendant Budget Notary Services, Inc. [DE 76] is **DENIED**.

8. The Clerk's entry of default against Defendant Michael H. Johnson [DE 88] is **SET ASIDE**.

9. Plaintiff's Motion to Strike Defendant Michael H. Johnson's Motion to Dismiss [DE 91] is **DENIED**.

10. This case remains **REFERRED** to Magistrate Judge Augustin-Birch.

---

[1] The Court notes that Plaintiff has already filed a Second Amended Complaint [DE 98] on January 9, 2026, prior to the expiration of the objection period to Judge Augustin-Birch's Report and Recommendation [DE 96].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of January, 2026.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record and *pro se* parties

Magistrate Judge Augustin-Birch